UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARL BENIT COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 06-0961 |
| | ) | |
| **ALBERTO GONZALES, et al.,** | ) | ECF |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for Defendant Alberto Gonzalez, Attorney General of the United States, in the above-captioned case.

Respectfully submitted,

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)
Eric.Janson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of August 2006, the foregoing Praecipe was sent by ECF and U.S. Mail, postage prepaid, to the following:

Carl Benit Cooper

107 Little Joes Lane
Ponderosa MHP
Barco, NC 27917-9526

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney