UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL BENIT COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  06-0961 (PLF) |
| ) | |
| ALBERTO GONZALES, et al., ) | ECF |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel[1], respectfully move this Court to enlarge the time within which they may answer or otherwise respond to the complaint.

In support of this motion, defendants state the following: plaintiff's complaint is styled as a <u>Bivens</u> action against five individual federal employees.  The United States Attorney's Office was served on June 16, 2006.  However, to date, none of the five individual defendants have been properly served in their individual capacities.  Indeed, the Court re-issued three of these summons on July 20, 2006.  If and when the individual defendants have been properly served, the undersigned counsel will need additional time to process their requests for representation with the Department of Justice and prepare an answer or dispositive motion.  Accordingly, defendants hereby move that the deadline for its answer or response be extended for 60 days from the date of service on the last individual defendant.   In the alternative, defendants move

---

[1]  The undersigned counsel has only received representation authority for Alberto Gonzales at this time.  Therefore, the undersigned counsel is representing the remaining defendants in the instant motion for the limited purpose of requesting this enlargment of time.

that the Court set an appropriate briefing schedule in this case. Defendants have neither sought nor received any prior extensions in this matter.

Pursuant to LCvR 7(m), counsel was unable to reach Plaintiff to obtain his consent for the requested extension. Accordingly, defendants cannot represent plaintiff's position on this motion.

August 15, 2006                                       Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States Attorney
555 Fourth Street, N.W., Rm. E4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL BENIT COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-0961 (PLF) |
| | ) |
| ALBERTO GONZALES, et al., | ) ECF |
| | ) |
| Defendants. | ) |

## ORDER

This case having come before this Court on Defendants' Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and they are required to answer or otherwise respond to Plaintiff's complaint by _____.

**SO ORDERED** this _____ day of _____, 2006.

_____
PAUL L. FRIEDMAN
United States District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing motion for an enlargement of time has been made via ECF and by delivering a copy by first-class mail, postage prepaid on August 15, 2006 to the following:

>Carl Benit Cooper
>107 Little Joes Lane
>Ponderosa MHP
>Barco, NC  27917-9526

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney