Mr. Carl Benit Cooper
107 Little Joes Lane
Barco, NC 27917-9526
(252) 453-4983

August 31, 2006

Clerk's Office
Attn: Nancy Mayer-Whittington, Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Reference: Case Number 06-0961-PLF

Dear Clerk,

Enclosed please find three separated documents pertaining to Agents V.O. Little and David Alan Espie III, of the FBI regarding Summons to be served but to no avail. Through due diligence, I've contacted the FBI Headquarters in much as three times a week at best during the month of July 2006 requesting for assistance in order to resolve this matter (having these Summons served to Agents Little and Espie). I went so far as to request to speak with the Deputy General Counselor, Ms. Gulyassy however, I spoke with Mr. Rick Brown instead. It was Mr. Brown who advised me file the Summons against the FBI (document #3) which this court would not issue. Mr. Brown's attitude was the same as Paul Wellons (see, Service Note (documents #2)) which is contrary to Rule 4 of Federal Rules of Civil Procedure. After the first attempt to serve (documents #1) in June 2006, I spoke with one, Agent Christ, the Duty Officer of the Charleston Division Office of the FBI, requesting the Agents new duty division addresses, however, that information could not be disclose to me. It was Agent Christ who advised me to contact the FBI Headquarters in Washington DC. Nonetheless, the bottom-line is Agents V.O. Little and David Alan Espie III, of the FBI have not been served their Summons and Complaints since the filing of this action on May 22, 2006.

Please assist me -Thanks!

Sincerely,

Carl B. Cooper