**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | CARL BENIT COOPER<br>107 LITTLE JOES LANE<br>BARCO, NC 27917 |
|---|---|

Account #: 103003   Phone: 252 453-4983
Client Attn:
Order Attn: CARL BENIT COOPER

INVOICE #: **3880445**



DATE: Jun 27 2006
BILL REF:

AMOUNT DUE : **$0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA |
| CASE NAME: | CARL BENIT COOPER vs. ALBERTO GONZALEZ, ET AL., |
| CASE NUMBER: | 1:06CV00961     HEARING DATE: |
| SERVEE: | V. O. LITTLE, SPECIAL AGENT OF THE FBI |
| PERSON SERVED: | |
| SERVICE DATE: | SERVED BY: |
| SERVICE ADDRESS: | OFFICE OF VCTF/FBI 170 MEETING ST CHARLESTON, SC 29402 |
| DOCUMENTS: | SUMMONS; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE U.S. MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ECF ATTORNEY/PARTICIPANT REGISTRATION FORM; COMPLAINT; EXHIBITS 1-5; GRAND JURY PRESENTATION; PRESENTENCE REPORT; TRIAL TRANSCRIPTS |

SERVICE NOTE
   AGENT LITTLE IS NO LONGER ATTACHED TO THE CHARLESTON DIVISION OFFICE OF THE FBI. INFORMATION RECEIVED FROM SPECIAL AGENT WILLIAMSON.

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| South Carolina PFI Unserved | | 75.00 |
| | SUB TOTAL | 75.00 |
| | PREPAID RETAINER | 75.00 |
| | AMOUNT DUE | 0.00 |



Documents are served i... ...ue statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

CARL BENIT COOPER

Plaintiff / Petitioner

Cause #: 1:06CV00961

Affidavit of Service of:

VS.
ALBERTO GONZALEZ, ET AL.,

Defendant / Respondent

SUMMONS; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE U.S. MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ECF ATTORNEY/PARTICIPANT REGISTRATION FORM; COMPLAINT; EXHIBITS 1-5; GRAND JURY PRESENTATION; PRESENTENCE REPORT; TRIAL TRANSCRIPTS

Hearing Date:
Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

At the address of __170 Meeting Street__

city of __Charleston__, county of __Charleston__, state of __South Carolina__

this affiant attempted service of the above described documents upon:

**V. O. LITTLE, SPECIAL AGENT OF THE FBI**

Affiant states s(he) diligently searched the local area described as
**Charleston County**

for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

**Agent Little is no longer attached to the Charleston Division Office of the FBI. Information received from Special Agent Williamson.**

Alan Lail

Type or Printed Name of Process Server

Server Signature

Subscribed and Sworn to before me this __6/20/06__

a Notary Public in the State of __South Carolina__
Residing at __Goose Creek, S.C.__

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3880445

**ORIGINAL PROOF OF NON SERVICE**
Page 1 of 1

CARL BENIT COOPER



## PROCESS SERVICE INVOICE

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

Bill To: **CARL BENIT COOPER**
**107 LITTLE JOES LANE**

**BARCO, NC 27917**

Account #: 103003    Phone: 252 453-4983
Client Attn:
Order Attn: CARL BENIT COOPER

INVOICE #: **3880446**

DATE: Jun 27 2006
BILL REF:

AMOUNT DUE : **$0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA |
| CASE NAME: | CARL BENIT COOPER vs. ALBERTO GONZALEZ, ET AL., |
| CASE NUMBER: | 1:06CV00961 |
| SERVEE: | DAVID ALAN ESPIE, III, OF THE FBI |
| PERSON SERVED: | |
| SERVED BY: | ALAN LAIL |
| SERVICE DATE: | |
| SERVICE ADDRESS: | OFFICE OF VCTF/FBI 170 MEETING ST CHARLESTON, SC 29402 |
| DOCUMENTS: | SUMMONS; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE U.S. MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ECF ATTORNEY/PARTICIPANT REGISTRATION FORM; COMPLAINT; EXHIBITS 1-5; GRAND JURY PRESENTATION; PRESENTENCE REPORT TRIAL TRANSCRIPTS |

HEARING DATE:

SERVICE NOTE
AGENT ESPIE IS NO LONGER IN THE CHARLESTON OFFICE OF THE FBI. INFORMATION RECEIVED FROM SPECIAL AGENT WILLIAMSON.

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| South Carolina PFI Unserved | | 75.00 |
| | SUB TOTAL | 75.00 |
| | PREPAID RETAINER | 75.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

CARL BENIT COOPER, Plaintiff / Petitioner

vs.

ALBERTO GONZALEZ, ET AL., Defendant / Respondent

Cause #: 1:06CV00961

Affidavit of Service of:
SUMMONS; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE U.S. MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ECF ATTORNEY/PARTICIPANT REGISTRATION FORM; COMPLAINT; EXHIBITS 1-5; GRAND JURY PRESENTATION; PRESENTENCE REPORT; TRIAL TRANSCRIPTS

Hearing Date:
Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

At the address of __170 Meeting Street__ , state of __South Carolina__ city of __Charleston__ , county of __Charleston__

this affiant attempted service of the above described documents upon:

**DAVID ALAN ESPIE, III, OF THE FBI**

Affiant states s(he) diligently searched the local area described as __Charleston County__ Cities and/or Counties Searched for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

Agent Espie is no longer in the Charleston Office of the FBI. Information received from Special Agent Williamson.

_____
Alan Lail
Type or Printed Name of Process Server

/s/ Alan Lail
Server Signature

Subscribed and Sworn to before me this __20__ day of June, 2006

/s/ [Notary signature]
a Notary Public in the State of __South Carolina__
Residing at __Goose Creek, S.C.__

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3880446

**ORIGINAL PROOF OF NON SERVICE**
Page 1 of 1

CARL BENIT COOPER