**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
**CARL BENIT COOPER**
**107 LITTLE JOES LANE**

**BARCO, NC 27917**

Account #: 103003    Phone: 252 453-4983
Client Attn:
Order Attn: CARL BENIT COOPER

INVOICE #: **4160220**



DATE:    Aug 18 2006
BILL REF:

AMOUNT DUE : **$0.00**

COURT:              UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
CASE NAME:          CARL BENIT COOPER   vs. ALBERTO GONZALEZ; ET AL.,
CASE NUMBER:        1:06-CV-00961-PLF                          HEARING DATE:
SERVEE:             V. O. LITTLE, SPECIAL AGENT FOR THE FBI
PERSON SERVED:
SERVICE DATE:              SERVED BY: Eddie W. Null, Sr.
SERVICE ADDRESS:    FBI HEADQUARTERS 935 PENNSYLVANIA AVE NW WASHINGTON, DC 20535
DOCUMENTS:          SUMMONS AND COMPLAINT; EXHIBITS; GRAND JURY TRANSCRIPTS; PRESENTENCE REPORT; TRIAL
                    TRANSCRIPTS

SERVICE NOTE
   8-4-06 Service refused by Paul Wellons, Office of the General Counsel. No individual service of civil process acepted. Mr. Wellons
   handled & read each pleading and said service can only be accepted if served in persons OFFICIL CAPACITY. 8-10-06 re-
   attempted service per clients request.  Service refused by General Counsels Office.

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI UNSERVED | | 75.00 |
| | SUB TOTAL | 75.00 |
| | PREPAID RETAINER | 75.00 |
| | AMOUNT DUE | 0.00 |

Hi Carl,
...r request. I am holding
...ents to serve at a later
Thanks,
Connie

...nt to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the
...k place, and client instructions. If service was substituted upon another person or left with a
...umbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to

...CIAL PROCESS SERVER TO
...F JUSTICE AND U.S. STATE DEPT.

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL BENIT COOPER**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**ALBERTO GONZALEZ; ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**1:06-CV-00961-PLF**<br><br>AFFIDAVIT OF NON SERVICE:<br>**SUMMONS AND COMPLAINT; EXHIBITS; GRAND JURY TRANSCRIPTS; PRESENTENCE REPORT; TRIAL TRANSCRIPTS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **V. O. LITTLE,, SPECIAL AGENT FOR THE FBI** at the address of: **935 PENNSYLVANIA Avenue NW, WASHINGTON, Dist of Columbia County, DC** , and was unable effect service for the following reasons:

**8-4-06 Service refused by Paul Wellons, Office of the General Counsel. No individual service of civil process acepted. Mr. Wellons handled & read each pleading and said service can only be accepted if served in persons OFFICIL CAPACITY. 8-10-06 re-attempted service per clients request. Service refused by General Counsels Office.**

DATED this **10th day of August, 2006**.

_____
Eddie W. Null, Sr.


SUBSCRIBED AND SWORN to before me this 10th day of August, 2006

_____
NOTARY PUBLIC in and for the State of **Virginia**,
Residing at: _FAIRFAX VA_
My Commission Expires: _8-31-2009_


ABC's Client Name
**PFI MISC C**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4160220**

**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

## PROCESS SERVICE INVOICE

| Bill To: | CARL BENIT COOPER |
| --- | --- |
| | 107 LITTLE JOES LANE |
| | BARCO, NC 27917 |
| Account #: 103003 | Phone: 252 453-4983 |
| Client Attn: | |
| Order Attn: CARL BENIT COOPER | |

INVOICE #: 4160221
DATE: Aug 18 2006
BILL REF:
AMOUNT DUE: $0.00

| | |
| --- | --- |
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA |
| CASE NAME: | CARL BENIT COOPER vs. ALBERTO GONZALEZ; ET AL., |
| CASE NUMBER: | 1:06-CV-00961-PLF |
| HEARING DATE: | |
| SERVEE: | DAVID ALAN ESPIE, III, OF THE FBI |
| PERSON SERVED: | cancel & return |
| SERVICE DATE: | SERVED BY: Eddie W. Null, Sr. |
| SERVICE ADDRESS: | FBI HEADQUARTERS 935 PENNSYLVANIA AVE NW WASHINGTON, DC 20535 |
| DOCUMENTS: | SUMMONS AND COMPLAINT; EXHIBITS; GRAND JURY TRANSCRIPTS; PRESENTENCE REPORT; TRIAL TRANSCRIPTS |

**SERVICE NOTE**
8-4-06 Service refused by Paul Wellons, Office of the General Counsel. No individual service of civil process accepted. Mr. Wellons handled & read each pleading and said service can only be accepted if served in persons OFFICIL CAPACITY. 8-10-06 re-attempted service per clients request. Service refused by General Counsels Office.

**BAD ADDRESS LIST**

| SERVICE PERFORMED | NOTE | RATE |
| --- | --- | --- |
| PFI UNSERVED | | 75.00 |
| | SUB TOTAL | 75.00 |
| | PREPAID RETAINER | 75.00 |
| | AMOUNT DUE | 0.00 |

*Hi Carl,*
*Per your request, I am holding the documents to serve at a later date.*
*Thanks,*
*Connie*

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL BENIT COOPER** <br><br>  Plaintiff/Petitioner <br><br> vs. <br> **ALBERTO GONZALEZ; ET AL.,** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> **1:06-CV-00961-PLF** <br><br> AFFIDAVIT OF NON SERVICE: <br> **SUMMONS AND COMPLAINT; EXHIBITS; GRAND JURY TRANSCRIPTS; PRESENTENCE REPORT; TRIAL TRANSCRIPTS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **DAVID ALAN ESPIE, III,, OF THE FBI** at the address of: **935 PENNSYLVANIA Avenue NW, WASHINGTON, Dist of Columbia County, DC**, and was unable effect service for the following reasons:

**8-4-06 Service refused by Paul Wellons, Office of the General Counsel. No individual service of civil process acepted. Mr. Wellons handled & read each pleading and said service can only be accepted if served in persons OFFICIL CAPACITY. 8-10-06 re-attempted service per clients request. Service refused by General Counsels Office.**

DATED this **10th day of August, 2006**.

_____
Eddie W. Null, Sr.


SUBSCRIBED AND SWORN to before me this 10th day of August, 2006

_____
NOTARY PUBLIC in and for the State of **Virginia**,
Residing at: _FAIRFAX   VA_
My Commission Expires: _8-31-2009_


ABC's Client Name
**PFI MISC C**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4160221**