CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D. C. 20001

August 23, 2006

CARL BENIT COOPER
107 Little Joes Lane
Ponderosa MHP
Barco, NC 27917-9526

Dear Mr. Cooper,

Enclosed are the two summons you sent to this office. Because the FBI is not a defendant in your case, we cannot issue the summons'.



Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**CARL BENIT COOPER**

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 1:06-cv-00961-PLF

TO: (Name and address of Defendant)

Federal Bureau of Investigation
FBI Headquarters
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on ~~PLAINTIFF'S ATTORNEY~~ Pro-se (name and address)

Mr. Carl Benit Cooper
107 Little Joes Lane
Barco, N.C. 27917-9526

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.