UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARL BENIT COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-0961(PLF) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| **ALBERTO GONZALES, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Michelle N. Johnson, Assistant United States Attorney, as counsel for Defendants in the above-captioned matter and remove the appearance of Special Assistant United States Attorney Eric J. Janson.

/s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C.  20530
202-514-7139

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Substitution of Counsel was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Carl Benit Cooper**
107 Little Joes Lane
Ponderosa, MHP
Barco, NC 27917-9526

on this 13th day of October, 2006.

                                                /s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C. 20530
202-514-7139