# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARL BENIT COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 06-0961(PLF)** |
| | ) | |
| **v.** | ) | **ECF** |
| | ) | |
| **ALBERTO GONZALES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel,[1] respectfully move this Court for an extension of time in which to answer or otherwise respond to Plaintiff's complaint.

In support of this motion, defendants state the following: Plaintiff's complaint is styled as a pro se Bivens action against five federal employees. The United States Attorney's Office was served with the complaint on June 16, 2006. However, to date, none of the individual defendants have been properly served in their individual capacities. In addition, the undersigned counsel was recently assigned to this matter and will need additional time in which to prepare an answer or dispositive motion. Accordingly, defendants hereby move the Court to extend the deadline for their answer or response for an additional week, up to and including October 27, 2006. This is the second extension sought by defendants in this matter.

---

[1]The undersigned counsel has received representation authority for Defendant Gonzalez. However, the undersigned counsel is representing the remaining defendants in the instant motion for the limited purpose of requesting this enlargement of time.

Pursuant to LcvR 7(m), counsel attempted to contact Plaintiff to obtain his consent for the requested extension but was unable to reach him.  Accordingly, defendants cannot represent Plaintiff's position on this motion.

Respectfully submitted,


     /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


     /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CARL BENIT COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 06-0961(PLF)** |
| | ) | |
| **v.** | ) | **ECF** |
| | ) | |
| **ALBERTO GONZALES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

ORDER

UPON CONSIDERATION of Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, the opposition thereto, if any, and good cause having been shown, it is this _____day of _____, 2006,

ORDERED that Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED.  It is further

ORDERED that Defendants have up to and including October 27, 2006, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Carl Benit Cooper, pro se
107 Little Joes Lane
Ponderosa, MHP
Barco, NC 27917

Michelle N. Johnson
Assistant U. S. Attorney
555 4th St., N. W., Room E4212
Washington, D.C. 20530

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of October, 2006, a copy of the foregoing

Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's

Complaint was served by mail, first class and postage pre-paid, on the following:

> Carl Benit Cooper, <u>pro se</u>
> 107 Little Joes Lane
> Ponderosa MHP
> Barco, NC 27917-9526

>           /s/ Michelle N. Johnson
> MICHELLE N. JOHNSON, D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W.  Room E4212
> Washington, D.C. 20530
> 202-514-7139