**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CARL BENIT COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 06-0961(PLF)** |
| | ) | |
| **v.** | ) | **ECF** |
| | ) | |
| **ALBERTO GONZALES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Alberto Gonzales, Attorney General of the United States; Bruce Howie Hendricks, a former Assistant United States Attorney; V.O. Little, Special Agent of the Federal Bureau of Investigation; David Alan Espie, III, Special Agent of the Federal Bureau of Investigation; and J. Scott Youngblood, United States Probation Officer, through the undersigned counsel, hereby move the Court for an order of dismissal pursuant to 12(b)(2), (b)(3), (b)(4),(b)(5), and (b)(6) of the Federal Rules of Civil Procedure.  This action should be dismissed on any of the following grounds: res judicata and collateral estoppel; lack of personal jurisdiction; improper venue; insufficient service of process; and failure to state a claim upon which relief can be granted.

In support of their motion, Defendants submit a Memorandum of Points and Authorities and a Proposed Order.  Plaintiff, who is proceeding pro se is hereby advised that failure to respond to a dispositive motion may result in the district court granting the motion and dismissing the case.  See Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992); Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988).

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANTS