# EXHIBIT 3

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FILED**

OCT 2 4 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**No. 02-5412**

**September Term, 2002**

02cv02191



Carl Benit Cooper,
    Appellant

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro.41(a)

ISSUED      10-22-03    **Filed On:**

BY:         Deputy Clerk

ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

    v.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG 28 2003

CLERK

John D. Ashcroft, US Attorney General, et al.,
    Appellees

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**     Ginsburg, Chief Judge, and Henderson and Garland,
                Circuit Judges

### J U D G M E N T

      This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

      **ORDERED AND ADJUDGED** that the district court's final judgment filed November 6, 2002, be affirmed. The district court correctly dismissed for failure to state a claim appellant's complaint filed pursuant to 42 U.S.C. § 1983. <u>See</u> <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994). Appellant's attempt to argue <u>Heck</u> does not apply is unavailing.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk