UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL B. COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALEZ, *et al*. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0961 (PLF) |

ORDER AND JUDGMENT

On October 27, 2006, defendants filed a motion to dismiss the complaint. On December 13, 2006, the Court, as required by Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss by December 27, 2006. That deadline has passed and plaintiff has filed no response. The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that defendants' motion to dismiss [7] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
DATE: January 5, 2007            United States District Judge