UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CARL BENIT COOPER,** )
)
Plaintiff, )
)
-vs- )  Civil Action No. 06-0961 (PLF)
)
**ALBERTO GONZALEZ,** *et al.* )
)
Defendants. )
_____)

RECEIVED
JAN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR RECONSIDERATION

Plaintiff **Carl Benit Cooper,** through **pro-se**, respectfully moves for Reconsideration of the Honorable Paul L. Friedman's January 5, 2007 Order and Judgment granting defendants' Motion to dismiss plaintiff's complaint and that plaintiff's case be removed from the docket of this Court in the above captioned-case.

On December 22, 2006 Plaintiff received an ORDER from this Court dated December 13, 2006 directing plaintiff to respond within fourteen calendar days of the issuance of that Order to defendant's motion to dismiss by December 27, 2006.

On December 27, 2006 Plaintiff deposited in a United States post office his response to the Clerk of Court by certified mail receipt number: 7006 0100 0007 1376 5670 postmark December 27, 2006 which was within the time specified for filing, Ordered by this Court.

On January 3, 2007 Plaintiff's mail was received by R. Smith (see, Attached) and the Clerk 'Stamped' 'Plaintiff's Memorandum In Support Of Response Or Opposition To

<u>Defendants' Motion To Dismiss</u>' as 'Received' by this Court. In <u>**Houston v. Lack,**</u> **487 U.S. 266 (1988)** the Supreme Court held that:

> "To be timely filed, a document must be received by the Clerk within the time specified for filing, except that any document shall be deemed timely filed if it has been deposited in a United States post office or mailbox, with first-class postage prepaid, and properly addressed to the Clerk of this Court, within the time allowed for filing,...."

Therefore, Plaintiff response was timely filed on December 27, 2006 as directed by this Court when it was deposited in a United States post office. And thus, Plaintiff hereby request for reconsideration of the Order and Judgment dated January 5, 2007 on his response to defendant's motion to dismiss that was due on December 27, 2006 be granted as timely filed.

**WHEREFORE,** Plaintiff request that this Motion (and the attached) be granted and his Response received and filed January 3, 2007 be accepted as timely filed. Plaintiff also request that this Court should construe his pleading liberally as required under <u>**Haines v. Kerner,**</u> **404 U.S. 520 (1972).**

Respectfully submitted,

/ - 23 - 07
**Date**

*Carl B. Cooper* (signature)
Mr. Carl Benit Cooper

## CERTIFICATE OF SERVICE

I, **Carl Benit Cooper**, hereby certify that a true copy of this Motion has been placed in an envelope on __1-23-07__, with first-class postage prepaid, and mailed to:

Michelle N. Johnson, D.C. Bar #491910
Assistant United States Attorney
555 4th Street, N.W., Room E4212
Washington, D.C. 20530

*Carl B. Cooper*
Mr. Carl Benit Cooper
107 Little Joes Lane
Barco, N.C. 27917-9526
Tel. (252) 453-4983

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL U

| | | |
|---|---|---|
| Postage | $ | 4.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.30 |

Postmark Here

7006 0100 0007 1376 5670

Sent To: CLERK'S OFFICE
Street, Apt. No.; or PO Box No.: 333 CONSTITUTION AVE., N.W.
City, State, ZIP+4: WASHINGTON, DC 20001

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CLERK'S OFFICE
   333 CONSTITUTION AVE., N.W
   WASHINGTON, DC
   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X R. Smith                ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Smith

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0007 1376 5670

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**(Attached)**