UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 06-0961 (PLF)

| | |
|---|---|
| CARL B. COOPER, | ) |
| Plaintiff, | ) |
| -vs- | ) NOTICE OF APPEAL |
| ALBERTO GONZALEZ, *et al.* | ) |
| Defendants. | ) |

NOTICE is hereby given that Carl Benit Cooper, the Plaintiff appearing pro-se, hereby appealed to the United States Court of Appeals for the District of Columbia from an Order by Judge Paul L. Friedman on a Motion for Reconsideration on a lawsuit in the above-captioned case filed on December 27, 2006.

03-11-07
Date

**RECEIVED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Carl B. Cooper
Carl Benit Cooper

## CERTIFICATE OF SERVICE

I, Carl Bent Cooper, hereby certify that a true copy of this Motion has been placed in an envelope on __03-12-07__, with first-class postage prepaid, and mailed to:

MICHELLE N. JOHNSON
Assistant United States Attorney
555 4 th St., N.W. Room E4212
Washington, DC 20530

Carl Benit Cooper
107 Little Joes Lane
Barco, NC 27917-9526
Tel. (252) 453-4983