# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 07-5088**                    **September Term, 2006**

**06cv00961**

Carl Benit Cooper,
      Appellant

v.

Alberto Gonzales, Attorney General of the United
States, et al.,
      Appellees

**FILED**

JUL 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Filed On: May 17, 2007 [1041247]**



MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:                    7/5/07
BY:                    , Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

## O R D E R

By order filed April 9, 2007, appellant was directed to either pay the $455.00 appellate docketing and filing fees to the Clerk, U.S. District Court or file a motion in district court for leave to proceed in forma pauperis, by May 9, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on April 12, 2007. To date, appellant has not complied with the court's April 9, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk